■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM P. RIVERS, Appellant. [614 NYS2d 268] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered March 3, 1993, convicting him of robbery in the first degree (two counts), robbery in the second degree (two counts), grand larceny in the fourth degree (two counts), criminal possession of a controlled substance in the seventh degree (two counts), criminal use of drug paraphernalia in the second degree, and criminal possession of stolen property in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Rosenblatt, Ritter, Friedmann and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM RODRIGUEZ, Appellant. [614 NYS2d 268] —Appeal by the defendant from (1) an amended judgment of the Supreme Court, Richmond County (Felig, J.), rendered July 9, 1992, revoking a sentence of probation previously imposed by the same court, upon a finding that she had violated a condition thereof, upon her admission, and imposing a sentence of imprisonment upon her previous conviction of robbery in the third degree (two counts), under S.C.I. No. 446I/88, and (2) a judgment of the same court, also rendered July 9, 1992, convicting her of attempted robbery in the first degree under Indictment No. 112/92, upon her plea of guilty, and imposing sentence.

Ordered that the amended judgment and judgment are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.